# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Nsixty, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>uPost Media, Inc.,<br><br>      Defendants. | **CASE NO. 1:17-cv-335**<br><br>**Judge Timothy S. Black** |

### DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

Defendant uPost Media, Inc., ("Defendant") by and through counsel, hereby moves the Court to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(3) for improper venue ("Motion"). Alternatively, if this Court finds it is the interest of justice to do so, Defendant moves to transfer this case to the United States District Court for the District of Nevada.

Defendant's Motion is supported by the accompanying Memorandum of Points and Authorities, pleadings and papers filed herein, and any argument of counsel the Court entertains.

Respectfully submitted,


Respectfully submitted,

By: /s/James D Liles_____
James D. Liles (Ohio Bar No. 0005547)
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5118
Tel: 513.369.4209
Fax: 513.421.0991
Email: jliles@porterwright.com


Trial Attorney for: Defendant
*uPost Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby affirm that I caused a copy of the foregoing document to be served electronically by ECF and by email this 14th day of June, 2017, to

>David B. Cupar
>Matther J. Cavanagh
>McDonald Hopkins LLC
>600 Superior Avenue, East, Ste. 2100
>Cleveland, OH 44114
>**dcupar@mcdonaldhopknis.com**
>**mcavanagh@mcdonaldhopkins.com**

/s/ James D. Liles

James D. Liles

CINCINNATI/247607v.1

2