# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NSIXTY, LLC,

    Plaintiff,

vs.

UPOST MEDIA, INC.,

    Defendant.

Case No. 2:17-cv-02233-KJD-CWH

**ORDER**

This matter is before the court on the parties' proposed discovery plan and scheduling order (ECF No. 22), filed on October 20, 2017. Having read and considered the parties' competing proposals, IT IS ORDERED that the court adopts the proposed discovery plan and scheduling order subject to the following modifications:

- The court adopts Defendant's proposal regarding discovery and preservation of electronically stored information; and
- The court adopts Plaintiff's proposed deadlines. The court will enter a separate order scheduling a pre-claim construction settlement conference.

DATED: October 24, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**