**Weaver, Ashley**

| | |
|---|---|
| **From:** | F. Christopher Austin <caustin@weidemiller.com> |
| **Sent:** | Wednesday, December 20, 2017 2:19 PM |
| **To:** | Cavanagh, Matthew J. |
| **Cc:** | 'Rounds, Mike'; Cupar, David B.; Brian Prince; James Morris; Weaver, Ashley |
| **Subject:** | RE: NSixty v. uPost -- Jan. 5 settlement conference |

Matthew:

Upost will consent to the Motion.

Chris

**F. Christopher Austin**

# Weide & Miller, Ltd.

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Cavanagh, Matthew J. [mailto:mcavanagh@mcdonaldhopkins.com]
**Sent:** Wednesday, December 20, 2017 9:52 AM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** 'Rounds, Mike' <MRounds@BHFS.com>; Cupar, David B. <dcupar@mcdonaldhopkins.com>; Brian Prince <bprince@weidemiller.com>; James Morris <JMorris@weidemiller.com>; Weaver, Ashley <aweaver@mcdonaldhopkins.com>
**Subject:** RE: NSixty v. uPost -- Jan. 5 settlement conference

Chris,

I did not receive a response to my email below, and I just left a voice message at your office. Please call my office if you can so we can meet-and-confer on this issue.

Because of the upcoming holidays and the timing of the Court's deadlines, we cannot wait past 3:30 pm (EST) today to file the emergency motion. We had hoped that uPost would consent to the motion. We think it makes sense for all parties and the Court to postpone the settlement conference until after NSixty has received the critical discovery needed for the conference and we've done our best to try and settle by email and phone between us.

Regards,
Matt

**Matt Cavanagh**
**Member**

**T:** 216.348.5730
**F:** 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114



---

**From:** Cavanagh, Matthew J.
**Sent:** Monday, December 18, 2017 4:48 PM
**To:** 'F. Christopher Austin'
**Cc:** 'Rounds, Mike'; Cupar, David B.; Brian Prince; James Morris; Weaver, Ashley
**Subject:** NSixty v. uPost -- Jan. 5 settlement conference

Chris,

We have reviewed uPost's written discovery responses and document production. There are two major takeaways: (i) they are woefully deficient, and (ii) uPost's revenues are less than what we would have expected based on the litigation expenses that you've incurred fighting the lawsuit for uPost. Also, uPost has not served its non-infringement, invalidity, and unenforceability contentions and accompanying document production, which were due on Friday 12/15.

We will be asking the Court to vacate the Jan. 5 settlement conference for two reasons:

1. We are missing critical discovery that NSixty needs for the settlement conference.

2. Because the revenues are relatively low, the parties should try to settle the dispute between themselves over the next month .

Please let us know immediately if you will consent to a joint motion to: (a) vacate the Jan. 5 conference, and (b) require a joint status report by Feb. 5 to advise the Court on status of settlement talks and the discovery dispute.

Because of the Dec. 29 deadline to serve mediation statements, the holidays, and the Jan. 5 conference, we will need to file an emergency motion by Wednesday, Dec. 20, if we cannot reach agreement. Therefore, please let me know if you are available tomorrow (12/19) for a meet-and-confer call on this issue.

Regards,
Matt

**Matt Cavanagh**
Member

**T:** 216.348.5730
**F:** 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

